No. 90–8060.  HUNT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–8061.  JONES v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 90–8063.  CARMONA v. ZAMORA.  C. A. 5th Cir.  Certiorari denied.

No. 90–8066.  WASHINGTON v. TRIPPETT, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 90–8067.  STEPHENS v. MUNCY, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–8069.  RINA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–8070.  PERKINS v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 90–8072.  PHILLIPS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 90–8073.  SANCHEZ v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 90–8075.  DEMOS v. COURT OF APPEALS OF WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 90–8076.  THOMAS v. NEW YORK CITY POLICE DEPARTMENT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–8078.  WILDER v. CHAIRMAN OF THE CENTRAL CLASSIFICATION BOARD ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–8079.  WALKER v. REDMOND ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–8080.  WILEY v. O'CONNOR ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 90–8082.  CAICEDO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–8083.  ANDERSON v. ALCOA ET AL.  C. A. 3d Cir.  Certiorari denied.